IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BEVERLY STAYART,
a/k/a BEV STAYART,
an individual,

                    Plaintiff,

Case No. 10-C-0336-LA

v.

GOOGLE INC.,
A Delaware corporation,

                    Defendant.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that James D. Peterson and Jennifer L. Gregor of Godfrey & Kahn, S.C., whose address is One East Main Street, Suite 500, Madison, Wisconsin 53703, hereby enter their appearance on behalf of defendant Google Inc. All pleadings and other documents should be served upon them by ECF or at the foregoing address.

Dated: May 11, 2010        Respectfully submitted,

                                  By:    *s/ James D. Peterson*
                                            James D. Peterson
                                            Jennifer L. Gregor
                                            GODFREY & KAHN, SC
                                            One East Main Street
                                            P.O. Box 2719
                                            Madison, WI 53701-2719
                                            Telephone: 608.257.3911
                                            Facsimile: 608.257.0609
                                            E-mail: jpeterson@gklaw.com
                                            Email: jgregor@gklaw.com

                                            *Attorneys for Defendant Google Inc.*

4958243_1