IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| BEVERLY STAYART, )<br>a/k/a BEV STAYART, )<br>an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE, INC., )<br>a Delaware corporation, )<br>)<br>Defendant. ) | Case No. 10-C-0336<br><br>Hon. Lynn S. Adelman |

**CONSENTED MOTION FOR EXTENSION OF TIME
TO FILE REPLY MEMORANDUM IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION**

The plaintiff, Beverly Stayart, moves the Court for a 21-day extension for the deadline for her to file her Reply Memorandum in Support of her Motion for a Preliminary Injunction.

This is an action for invasion of privacy/publicity under Wisconsin statutory and common law, filed on April 20, 2010.

Plaintiff has filed a Motion for Preliminary Injunction on May 27, 2010.

The defendant, Google, Inc. ("Google") has filed a Memorandum of Law in Opposition to Stayart's request for an injunction on June 21, 2010.

Stayart's reply memorandum in support of her request for an injunction is currently due on July 5, 2010, pursuant to Civil L.R. 7.1(b).

Stayart requests a 21-day extension until July 26, 2010, to file her reply memorandum. The reason for the requested extension is that Stayart and her counsel are presently engaged in responding to Google's motion to dismiss her complaint on June 3, 2010.

Stayart's response to Google's motion to dismiss is currently due on July 15, 2010. This response must be coordinated and consistent with her reply memorandum in support of her request for injunctive relief.

This case involves novel and complex issues involving the First Amendment to the United States Constitution, the state right of privacy/publicity, and the Internet.

This motion is made in good faith and not for purposes of undue delay or to harass Google.

Google, through its counsel, has consented to this extension.

No brief or other supporting documents will be filed with this motion.

    Respectfully submitted,

By    /s/Gregory A. Stayart
Gregory A. Stayart
N5577 Cobblestone Road
Elkhorn, WI 53121-3820
(262)745-7395

COUNSEL FOR PLAINTIFF
BEVERLY STAYART

## CERTIFICATE OF SERVICE

I certify that on June 24, 2010, I electronically filed with the clerk of the court the following Consented Motion for Extension of Time to File Reply Memorandum in Support of Motion for Preliminary Injunction using the ECF System which will automatically send notification of such filing to Google's counsel:

jpeterson@gklaw.com

jgregor@gklaw.com

/s/Gregory A. Stayart