**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

BEVERLY STAYART,
a/k/a BEV STAYART,

       Plaintiff,                              Case No. 10-CV-0336-LA

v.

GOOGLE INC.,

       Defendant.

**DECLARATION OF JENNIFER L. GREGOR IN SUPPORT OF GOOGLE INC.'S
MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Jennifer L. Gregor, hereby declare as follows:

1.     I am an attorney at the law firm Godfrey & Kahn, S.C., counsel for Defendant Google, Inc. in this action. The facts stated herein are within my personal knowledge and, if called upon, I could and would testify thereto.

2.     To date, Google has incurred about $64,344.00 in attorneys fees and $226.74 in costs and disbursements in connection with defending against this action. This amount includes fees and costs billed to Google as of today's date, and does not include fees and costs incurred by Google in connection with the preparation of its motion for attorneys' fees and costs and supporting papers, or Google's response to Stayart's motion to alter or amend judgment pursuant to Rule 59(e), and request for clarification (*see* Dkt. No. 51).

3.     Attached hereto as Exhibit A is a true and correct copy of an online resume for Bev Stayart printed on March 22, 2011 from the website: http://bevstayart.emurse.com/, which

1

shows that Stayart appears to be currently employed at the law office of her counsel for this case, the Stayart Law Offices.

4. Attached hereto as Exhibit B is a true and correct copy of an article published at the Janesville Gazette online at: http://gazettextra.com/news/2010/oct/08/lawsuit-against-yahoo-tossed/, which was printed on March 22, 2011. In this article, Beverly Stayart's attorney was quoted as saying that "his wife" hasn't given up on her cases against Yahoo!, and that "his wife" intends to continue legal action against Internet search engines.

5. Attached hereto as Exhibit C is a true and correct copy of the unpublished opinion from *Hanson v. American Bankers Ins.*, 101 Wis.2d 736, 306 N.W.2d 308 (Table), 1981 WL 138854 (Wis. Ct. App. 1981).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 22, 2011 in Madison, Wisconsin.

*s/ Jennifer L. Gregor*
Jennifer L. Gregor

6147261_1