AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| Beverly Stayart | ) | |
|---|---|---|
| v. | ) | Case No.: 10-C-336-LA |
| Google Inc. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/08/2011__ against __Plaintiff, Beverly Stayart__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ 0.00 |
| Fees for service of summons and subpoena ................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 0.00 |
| Fees and disbursements for printing ...................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................... | 195.15 |
| Docket fees under 28 U.S.C. 1923 ...................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ............................ | 0.00 |
| Compensation of court-appointed experts ................................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ............................................ | 31.59 |
| **TOTAL** $ | **226.74** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service  ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __s/ Jennifer L. Gregor__

Name of Attorney: __Jennifer L. Gregor__

For: __Defendant, Google Inc.__   Date: __03/22/2011__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*        *Deputy Clerk*        *Date*

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Transaction Detail by Account

Copier data , 5/17/10 to 8/3/10, Matter Number equals '080565-0005'

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---:|---|---:|
| **Account: 080565-0005  (GOOGLE INC. / Stayart Litigation)** | | | | | | |
| **Disbursement: Photocopying: Black & White** | | | | | | |
| 05/17/2010 15:28 | LYSNE, JACQUELINE | | | 35 | USD | 5.25 |
| 05/18/2010 11:50 | LYSNE, JACQUELINE | | | 8 | USD | 1.20 |
| 05/18/2010 13:23 | LYSNE, JACQUELINE | | | 104 | USD | 15.60 |
| 05/18/2010 14:12 | LYSNE, JACQUELINE | | | 69 | USD | 10.35 |
| 06/03/2010 09:52 | BRADSHAW, REBECCA (JILL) | | | 32 | USD | 4.80 |
| 06/03/2010 10:29 | BRADSHAW, REBECCA (JILL) | | | 392 | USD | 58.80 |
| 06/04/2010 08:12 | SCHLUMPF, JESSICA | | | 91 | USD | 13.65 |
| 06/04/2010 11:46 | LYSNE, JACQUELINE | | | 159 | USD | 23.85 |
| 06/15/2010 11:07 | GREGOR, JENNIFER | | | 21 | USD | 3.15 |
| 06/18/2010 09:29 | BRADSHAW, REBECCA (JILL) | | | 56 | USD | 8.40 |
| 06/21/2010 19:08 | GREGOR, JENNIFER | | | 3 | USD | 0.45 |
| 07/02/2010 09:53 | BRADSHAW, REBECCA (JILL) | | | 58 | USD | 8.70 |
| 08/02/2010 18:58 | PETERSON, JAMES D. | | | 15 | USD | 2.25 |
| 08/03/2010 11:05 | SCHWARTZ, JACQUELINE | | | 2 | USD | 0.30 |
| | | Subtotal for Disbursement: Photocopying: Black & White | | 1,045 | USD | 156.75 |
| **Disbursement: Photocopying: Color** | | | | | | |
| 06/21/2010 17:36 | SCHWARTZ, JACQUELINE | | | 60 | USD | 30.00 |
| | | Subtotal for Disbursement: Photocopying: Color | | 60 | USD | 30.00 |
| | | Total Account: 080565-0005  (GOOGLE INC. / Stayart Litigation) | | | USD | 186.75 |
| | | | | Grand Total | USD | 186.75 |

Case 2:10-cv-00336-LA   Filed 08/22/11   Page 3 of 9   Document 55

| Voucher # | 44 1641 |
|---|---|
| Check # | |
| Date # | |

# GODFREY & KAHN
## DISBURSEMENT VOUCHER

(ONE FORM is to be used for each vendor payment; however, TWO clients may be charged and FIVE invoices may be paid as long as the voucher reference and proforma line narrative remains the same.)

**Payable To:** Jennifer L. Gregor  GR0045

**Invoice Number:** 10052525

**Invoice Date:**

**Invoice Amount:** $8.40

**Voucher Reference (30 char.)**
(This will appear on the check exactly as you have indicated.)

Document Reproduction

**By:** Jennifer L. Gregor

**Timekeeper Number:** 10308

| Client Name | Client/Matter # | Amount |
|---|---|---|
| Google/Stayart | 080565-0005 | $8.40 |

**Disbursement Code:** 53

**Proforma Line Narrative (252 char.)**
(This will appear on the proforma exactly as you have indicated.)

Copies of Legislative History file 1977AB216 from the Wisconsin Legislative Council on May 18, 2010.

**Requestor Name and Phone Ext.:** , ext.
**Date:** 5/20/2010

All Disbursement Vouchers must have at least one signature regardless of the amount.
(If the amount is over $1,000, have the Team Leader sign below.)

Attorney Approval: _[signature]_    Date: 5-21-2010

Team Leader Approval: _____    Date: _____

**PLEASE ATTACH THE ORIGINAL INVOICE**

**RECEIPT**

DATE: May 18, 2010  
No. 411801  
FROM: Godfrey + Kahn  
$ 7.60  
seven and 40/100 DOLLARS  
☐ FOR RENT  
☑ FOR: 104 copies @ 5¢ ea.; 15 min @ 16¢ per  
ACCT: 7.60  
PAID: 7.60  
DUE: —  
☑ CASH  ☐ CHECK  ☐ MONEY ORDER  
FROM _____ TO _____  
BY J. Bloom

---

**RECEIPT**

DATE: 5/18/10  
No. 962688  
RECEIVED FROM: Jennifer  
$ .80  
_____ DOLLARS  
☐ FOR RENT  
☑ FOR: Copie  
ACCOUNT: _____  
PAYMENT: _____  
BAL. DUE: _____  
☑ CASH  ☐ MONEY ORDER  ☐ CHECK  ☐ CREDIT CARD  
FROM _____ TO _____  
BY _____

| Godfrey & Kahn, S.C. | | 05-25-2010 | GREGOR, JENNIFER | 43968 | 043968 |
| --- | --- | --- | --- | --- | --- |
| One East Main Street | | | | | |
| Madison, WI 53703 | | | | | |

| DATE | INVOICE # | CLIENT/MATTER # | GL #/DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| 05-21-10 | 10052525 | 080565-0005 | REIMB CLIENT COPY EXP | 8.40 |

| Godfrey & Kahn, S.C. | DETACH AND RETAIN THIS STATEMENT | 43968 | 043968 |
| --- | --- | --- | --- |
| One East Main Street | THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW | | |
| Madison, WI 53703 | IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED. | | |

| DATE | INVOICE # | CLIENT/MATTER # | GL #/DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| 05-21-10 | 10052525 | 080565-0005 | REIMB CLIENT COPY EXP | 8.40 |

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**GODFREY & KAHN** s.c.
ATTORNEYS AT LAW

**Madison Office**
One East Main Street
Madison, WI 53703

M&I MARSHALL & ILSLEY BANK
MILWAUKEE, WI 53202

043968

12-5/750

VOID AFTER 90 DAYS

PAY **EIGHT AND 40/100**

TO THE ORDER OF **JENNIFER GREGOR**

| DATE | AMOUNT |
| --- | --- |
| 05-25-2010 | $ 8.40 |

AUTHORIZED SIGNATURE

⑈043968⑈ ⑈075000051⑈ 00122⑈63064⑈

| | |
|---|---|
| Picked up: Jun 04, 2010 | Cust. Ref.: 080565-0005/2650 |
| Payor: Shipper | Ref #3: |

* Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
* Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | Sender | Recipient |
| Tracking ID | 798730484324 | Jacqueline Schwartz | Honorable Lynn S. Adelman |
| Service Type | FedEx Priority Overnight | Godfrey & Kahn, S.C. | U.S. District Court, Eastern D |
| Package Type | FedEx Envelope | One East Main Street, Suite 50 | 517 E WISCONSIN AVE |
| Zone | 02 | STOUGHTON WI 53589 US | MILWAUKEE WI 53202 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Jun 07, 2010 10:13 | Transportation Charge | 17.00 |
| Svc Area | A1 | Fuel Surcharge | 0.82 |
| Signed by | L.DIETRICH | Discount | -7.31 |
| FedEx Use | 000000000/000186/_ | Total Charge | $10.51 |

080565-0005/2650 Reference Subtotal    USD    $10.51

**Picked up: Jun 22, 2010**
**Payer: Shipper**

Cust. Ref.: 080565-0005/2650
Ref #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Weather delay - Thunderstorm.
- Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 798783295205 | Jacqueline Schwartz | Honorable Lynn S. Adelman |
| Service Type | FedEx Priority Overnight | Godfrey & Kahn, S.C. | U.S. District Court, Eastern D |
| Package Type | FedEx Envelope | One East Main Street, Suite 50 | 517 E WISCONSIN AVE |
| Zone | 02 | STOUGHTON WI 53589 US | MILWAUKEE WI 53202 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Jun 23, 2010 11:47 | Transportation Charge | 17.00 |
| Svc Area | A1 | Fuel Surcharge | 0.97 |
| Signed by | LWESLOCH | Discount | -7.31 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | **$10.66** |

080565-0005/2650 Reference Subtotal    USD    $10.66

1160-02-00-0012193-0002-0099451

| | |
|---|---|
| Picked up: Aug 03, 2010 | |
| Payor: Shipper | |

* Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
* Distance Based Pricing, Zone 2

**Sender:**
Jacqueline Schwartz
Godfrey & Kahn, S.C.
One East Main Street, Suite 50
STOUGHTON WI 53589 US

**Recipient:**
Honorable Lynn S. Adelman
U.S. District Court, Eastern D
517 E WISCONSIN AVE
MILWAUKEE WI 53202 US

| | |
|---|---|
| Automation | INET |
| Tracking ID | 793786110266 |
| Service Type | FedEx Priority Overnight |
| Package Type | FedEx Envelope |
| Zone | 02 |
| Packages | 1 |
| Rated Weight | 2.0 lbs, 0.9 kgs |
| Delivered | Aug 04, 2010 09:21 |
| Svc Area | A1 |
| Signed by | G. ESLOCH |
| FedEx Use | 000000000/0000186/_ |

| | | |
|---|---|---|
| Transportation Charge | | 17.00 |
| Fuel Surcharge | | 0.73 |
| Discount | | -7.31 |
| **Total Charge** | **USD** | **$10.42** |

| 080565-0005/2650 Reference Subtotal | USD | $10.42 |