# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

March 23, 2011

Gregory A. Stayart
Stayart Law Offices
N5577 Cobblestone Road
Elkhorn, WI 53121-3820

    Re:   **Stayart v Google Inc**
             **Case No. 10-C-336**

Dear Mr. Gregory A. Stayart:

    Today, I received the defendant's proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking plaintiff to advise me in writing on or before **April 6, 2011** whether there are objections to any of the costs.

    If there are <u>no objections</u> to the proposed costs, plaintiff should promptly notify the court in writing, with a copy to opposing counsel.

    If plaintiff does file an objection, it should be accompanied by a brief memorandum. Defendant will have until **April 13, 2011** to file a response and any reply by plaintiff should be filed on or before **April 20, 2011**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

                                           Very truly yours,
                                           JON W. SANFILIPPO
                                           Clerk of Court

                            By:    B. Ray
                                   Deputy Clerk

cc: Jennifer Gregor